**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Johnson Sendolo,　　　　　　　　　　　　Civil No. 09-2133 (RHK/FLN)

　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**
v.　　　　　　　　　　　　　　　　　　**WITH PREJUDICE AND WITHOUT**
　　　　　　　　　　　　　　　　　　　　**COSTS TO ANY PARTY**
HealthPartners, Inc.,

　　　　Defendant.

---

　　　　Pursuant to the parties' Stipulation (Doc. No. 20), **IT IS ORDERED** that the above-captioned action is hereby **DISMISSED WITH PREJUDICE** in its entirety, without costs, including, but not limited, to any statutory costs, attorneys' fees, and/or disbursements to any party.

　　　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 22, 2010

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge